948

No. 1667, Misc. PRENDEZ v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1628, Misc. HOWARD v. NORTON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for respondents.

No. 1666, Misc. NOLEN v. WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1671, Misc. BROWN v. WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1688, Misc. DODD v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1703, Misc. STILTNER v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1710, Misc. CHEADLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1729, Misc. FLORES v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1734, Misc. HERNANDEZ v. WILSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1735, Misc. DEVOE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.